**N. B. MORTON, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 241.

Circuit Court of Appeals, Second Circuit.

May 20, 1935.

Smith, Moore & Lucas, of Washington, D. C. (Lewis H. Barnes, of Washington, D. C., of counsel), for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and A. F. Prescott, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Decision affirmed.

**William Harry MULLENS, Appellant, v. UNITED STATES of America, Appellee.**

No. 3836.

Circuit Court of Appeals, Fourth Circuit.

Feb. 5, 1935.

Laurence A. Anderson, of Lynchburg, Va., for appellant.

Howard C. Gilmer, Jr., Asst. U. S. Atty., of Pulaski, Va.

PER CURIAM.
On motion of appellee, cause is docketed and dismissed. Order filed.

**MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION, Appellant, v. John Ferman WYATT and Rosa S. Wyatt, Appellees.**

No. 3918.

Circuit Court of Appeals, Fourth Circuit.

June 13, 1935.

Johnson, Rollins & Uzzell, of Asheville, N. C., for appellant.

John DuBose, of Asheville, N. C., for appellees.

PER CURIAM.
On motion of appellees, cause is docketed and dismissed. Order filed.